# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL R. BURDEN,** | ) |
| Petitioner, | ) ) ) |
| v. | ) CIV-13-068-JHP-KEW |
| **MIKE MULLIN, Warden,** | ) ) ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of the petition, however, indicates petitioner was convicted in **OKLAHOMA County**, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN District** of Oklahoma. Therefore, in the furtherance of justice, this matter may more properly be addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), petitioner's petition for a writ of habeas corpus is hereby **transferred** to the United States District Court for the WESTERN District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 7th day of March 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma